IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC J. **OLSEN**, | ) | |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DEMANDS |
| | ) | JURY TRIAL |
| | ) | |
| v. | ) | |
| | ) | Case no.   FILED: APRIL 19, 2008 |
| **KELLOGG** COMPANY, a Delaware corporation, | ) | 08CV2249          TC |
| | ) | JUDGE DARRAH |
| Defendant. | ) | MAGISTRATE JUDGE DENLOW |

## COMPLAINT AT LAW

NOW COMES Plaintiff, ERIC J. OLSEN, by and through his attorney, Philip W. Collins III, and complains of the Defendant, KELLOGG COMPANY ("Kellogg's"), a Delaware corporation, stating as follows:

1) Plaintiff, Eric J. Olsen ("Olsen"), is an individual who resides in Elk Grove Village, Illinois.

2) Defendant, Kellogg's, is a Delaware corporation, doing business in the state of Illinois.

3) Olsen began his employment with Kellogg's on or about January 6th, 2003, as a Customer Finance Analyst.

4) At all times relevant hereto, Kellogg's was subject to the Federal Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §201, *et. seq.*

5) During the course of his employment, agents or employees of Kellogg's, conditioned

1

Olsen's continued employment upon working over forty hours per week without just compensation.

6) On or about March 1st, 2006, Olsen, after complaining to Kellogg's management, formally complained to the U. S. Department of Labor about not being properly compensated for overtime hours he worked and that he would work in the future as a condition of his continued employment by Kellogg's.

7) Within approximately one month's time, Olsen, not having been the subject of company disciplinary action ever, was then subjected to what was to become a pattern of pretextual disciplinary actions, culminating in his being discharged on October 3rd, 2007, in retaliation for the assertion of his legal rights under the FLSA, and was engaged in by Kellogg's willfully, in full knowledge that its conduct violated the FLSA.

8) Kellogg's disciplining and discharging Olsen was intentional, wrongful, retaliatory, and in knowing clear violation of the public policy expressed in 29 U.S.C. §215(a)(3).

9) As direct and proximate results of Defendant Kellogg's intentional and wrongful retaliatory disciplinary actions and retaliatory discharge of Olsen, the Plaintiff has suffered the loss of wages he otherwise would have earned, lost fringe benefits he otherwise would have been entitled to receive, and he has suffered and continues to suffer both monetary and emotional harm.

WHEREFORE, Plaintiff Eric J. Olsen prays for judgment in his favor against Defendant Kellogg's Company for compensatory damages, statutory liquidated damages, punitive damages in an amount sufficient to deter such conduct by the Defendant in the future, reasonable

attorney's fees, and full costs of this action, all taken together in excess of the jurisdictional amount of this court, as well as any other relief this court deems just and appropriate.

                                         Respectfully submitted,

                                           By:    s/Philip W. Collins III
                                                         Attorney for Plaintiff

Philip W. Collins III, Esq.
Law Offices of Philip W. Collins III
940 E. Diehl Road, Suite 110-B
Naperville, Illinois 60563
Tel: (630) 505-1424
Fax: (630) 505-1425
Email: pwc3@pwc3law.com
IL ARDC no. 6204019