**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Eric J Olsen
                    Plaintiff,

v.                                          Case No.: 1:08−cv−02249
                                            Honorable John W. Darrah

Kellogg Company
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable John W. Darrah: Status hearing held. Plaintiff failed to appear. Status hearing set for 8/19/08 at 9:00 a.m. If plaintiff's fails to appear, this case will be dismissed for want of prosecution. Mailed notice(maf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.