**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ERIC J. OLSEN,** ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-2249 |
| ) | |
| v. ) | JUDGE DARRAH |
| ) | |
| **KELLOGG COMPANY,** ) | MAGISTRATE JUDGE DENLOW |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT KELLOGG COMPANY'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

In accordance with Local Rule 3.2, Defendant, Kellogg Company, by and through its attorneys, McGuireWoods LLP, certifies that the following entities own more that five percent of its stock: a) W.K. Kellogg Foundation Trust; b) George Gund III; c) KeyCorp; d) Capital Research Global Investors; and e) Bank of New York.

Date: August 7, 2008                                       Respectfully Submitted,

                                                                              **KELLOGG COMPANY**


                                                                              <u>*s/* Dionne R. Hayden</u>
                                                                              One of Its Attorneys

Dionne R. Hayden
ARDC 6286361
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 750-8930
(312) 698-4569 (Facsimile)

Curtis L. Mack (*pro hac vice* admission pending)
(Georgia Bar No. 463636)
Halima Horton (*pro hac vice* admission pending)
(Georgia Bar No. 367888)
MCGUIREWOODS LLP
The Proscenium
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309-7649
(404) 443-5715
(404) 443-5765 (Facsimile)

## CERTIFICATE OF SERVICE

I, Dionne R. Hayden, an attorney, hereby certify that on this 7th day of August 2008, I electronically filed the foregoing ***Defendant Kellogg Company's Corporate Disclosure Statement*** with the Clerk of Court using the ECF system.  Notification of this filing will also be served on the following person through U.S. mail:

Philip W. Collins III, Esq.
Law Offices of Philip W. Collins III
940 E. Diehl Road, Suite 110-B
Naperville, IL 60563

                                                s/ Dionne R. Hayden

\6406784.2