## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2249 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Eric J. Olsen vs. Kellogg Co. | | |

**DOCKET ENTRY TEXT**

Motions by attorneys Halima Horton and Curtis L. Mack [11, 12] for leave to appear pro hac vice for the defendant is granted. Status hearing held and continued to 9/30/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|